# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
AUG -8 2018
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

WALANDO KENNEY, Petitioner,

*Plaintiff(s)*
v.
STEPHEN KALLIS, Respondent.

*Defendant(s)*

Civil Action No. 5:17-CV-135

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: IT IS ORDERED that the Magistrate Judge's Report and Recommendation is Affirmed and Adopted; Respondent's motion to dismiss, or alternatively, for Summary Judgment is GRANTED; Petitioner's motion to remand and appoint counsel is DISMISSED AS MOOT; Petitioner's Objections are OVERRULED; civil action is DISMISSED without Prejudice and STRICKEN from the docket of this Court.

This action was:
☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

Date: August 8, 2018

CLERK OF COURT
Cheryl Dean Riley

By: *J. O. Abraham*
*Signature of Clerk or Deputy Clerk*